

333 Earle Ovington Boulevard, Suite 402
Uniondale, New York 11553
t: 516-203-7600
f: 516-282-7878

September 29, 2025

*Via ECF*
Hon. Jesse Matthew Furman
U.S. District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Application GRANTED. The Court commends the parties on their efforts to settle the case. The initial pretrial conference scheduled for October 7, 2025, is hereby ADJOURNED until **October 21, 2025**, at **9:00 a.m.** Unless and until the Court indicates otherwise, the conference will be held via telephone and the dial-in information remains the same. The Clerk of Court is directed to terminate ECF No. 18.
>
> SO ORDERED.
>
> *[signature]*
>
> September 29, 2025

Re: *Judith DeLong v. Penske Media Corporation d/b/a Billboard*
Docket No: 1:25-cv-04911-JMF

Dear Judge Furman:

We are the attorneys for plaintiff Judith DeLong ("*Plaintiff*") in the above-referenced matter and write, with the consent of defendant Penske Media Corporation d/b/a Billboard ("*Defendant*"), pursuant to Rule 2.D. of the Court's Individual Rules and Practices, to respectfully request a short two (2) week adjournment of the October 7, 2025, Initial Conference, along with the associated filing deadline(s). [ECF No. 7].

The parties have been actively engaged in settlement discussions and respectfully submit that the requested two (2) week extension of time would enable the parties to be in a position to either advise the Court that a settlement has been reached and that agreeable terms have been finalized and documented, or they will submit the proposed Civil Case Management Plan and Scheduling Order along with their Joint Letter in connection with the Initial Conference. The parties are confident that no further adjournments or related extensions of time would be needed.

This request is being made in good faith and not for the purpose of delay. The parties make this request in an attempt to reserve both the Court's and their respective resources while settlement discussions are ongoing. This is the parties' first request for an adjournment.

Thank you for your consideration of this request.

Respectfully submitted,

**SANDERS LAW GROUP**

/s *Jaymie Sabilia-Heffert*
Jaymie Sabilia-Heffert

Cc: Counsel of record for Defendant